LMH

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Duncan J. McNeil, ) | No. CV 05-2097-PHX-DGC (ECV) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| United States of America, et al., ) | |
| Respondents. ) | |

By Order and Judgment filed August 26, 2005, this Court dismissed Petitioner's mandamus action because he failed to pre-pay the $250.00 civil action filing fee as a litigant who has three strikes under 28 U.S.C. § 1915(g). See Dkt. ##6-7. That Order outlined Petitioner's vexatious conduct in courts around the nation. Petitioner did not respond by paying the $250.00 filing fee. Instead, he filed a post-judgment motion, which the Court denied. See Dkt. 39.

Now pending is Petitioner's "Ex Parte Motion for Relief from Sua Sponte 'Void' Orders of Dismissal Per FRCP 52, 59, 60, Motion to Amend Complaint to Common Law Action as a Supplemental Bill in the Aid of Enforcement of 'Foreign Judgments' in This District" (Dkt. #10). Petitioner has also lodged a "Second Amended Verified Complaint." In light of his nonpayment of the filing fee and denial of his post-judgment motion, lodging an amended complaint is procedurally improper. Petitioner's present motion does not address the basis for this Court's dismissal. Nor does it explain why he should not be required to pre-pay the $250.00 filing fee. The motion will be denied.

1 **IT IS THEREFORE ORDERED** that Petitioner's "Ex Parte Motion" (Dkt. #10) is **denied.**

DATED this 15th day of November, 2005.

_____
David G. Campbell
United States District Judge